```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10014
  CHRIS J LIM
  LORRAINE M LIM                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-0928     SSN XXX-XX-0848
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/17/06 and confirmed on 10/06/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  49291.86 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | SECURED | 7429.98 | .00 | 7429.98 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 23419.75 | .00 | 7629.55 |
| CAPITAL ONE BANK | UNSECURED | 471.91 | .00 | 153.74 |
| CAPITAL ONE BANK | UNSECURED | 8476.17 | .00 | 2761.32 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9346.26 | .00 | 3044.77 |
| B REAL LLC | UNSECURED | 15733.23 | .00 | 5125.48 |
| ROUNDUP FUNDING LLC | UNSECURED | 13823.76 | .00 | 4503.42 |
| CREDITONE LLC | UNSECURED | 9060.16 | .00 | 2951.57 |
| DISCOVER BANK | UNSECURED | 5937.30 | .00 | 1934.22 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 577.54 | .00 | 188.15 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11792.23 | .00 | 3841.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11031.16 | .00 | 3593.67 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 3304.42 | .00 | 1076.49 |
| UNIFUND | UNSECURED | NOT FILED | .00 | .00 |
| UNION ADJUSTMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| VON MAUR | UNSECURED | 50.00 | .00 | 16.29 |

        Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
---

```
TOTAL CLMS ALLOWED        7429.98              .00      113023.89              .00      120453.87
PRINCIPAL PAID            7429.98              .00       36820.27              .00       44250.25
INTEREST PAID                 .00              .00            .00              .00            .00
TOTAL PAID                7429.98              .00       36820.27              .00       44250.25
```
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $   1000.00  direct and $   1500.00   through the plan.

The Trustee received $    2429.75 .

Refunds to the Debtor totaled $    1111.86 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                  PAGE   2
          CASE NO. 06 B 10014 CHRIS J LIM & LORRAINE M LIM